Lucille Chmelik, Appellant, v. Edward Chmelik, Appellee.

**Gen. No. 47,876.**

First District, Second Division.

March 8, 1960.

Released for publication April 22, 1960.

Walter Bard Carroll and Gordon Moffett, for appellant; William S. Kleinman, for appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.